UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

PICCARD PETS SUPPLIES, CORP.                CASE NO.: 3:23-bk-00210-JAB

        Debtor.

_____/

PICCARD PETS SUPPLIES, CORP.                Adversary Proceeding:

        Plaintiff.
v.

FOX CAPITAL GROUP, INC. d/b/a FOX
BUSINESS FUNDING, WHITE ROAD
CAPITAL, LLC d/b/a GFE HOLDINGS,
SELLERS FUNDING CORP, ODK
CAPITAL, LLC, CELTIC BANK, THE
LAW OFFICES OF KENNETH H.
DRAMER, P.C. and CLOUDFUND, LLC

_____/

## **COMPLAINT FOR EXTENSION OF THE AUTOMATIC STAY**

Plaintiff, Piccard Pets Supplies, Corp. ("Plaintiff" or "Debtor"), by and through the undersigned counsel files this complaint pursuant to 11 U.S.C. § 362 and §105 against Fox Capital Group, Inc., d/b/a Fox Business Funding ("Fox"), White Road Capital, LLC d/b/a GFE Holdings ("GFE"), Sellers Funding Corp ("Sellers"), ODK Capital, LLC ("OnDeck"), Celtic Bank ("Celtic Bank"), The Law Offices of Kenneth H. Dramer, P.C., ("Dramer Law") and CloudFund, LLC ("Cloud Fund") (collectively, the "Defendants"), regarding violations of the automatic stay and other provisions of the Bankruptcy Code, and in support thereof states as follows:

**PARTIES, JURISDICTION AND VENUE**

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157, 1334. This Court has jurisdiction over this dispute pursuant to it's "related to" jurisdiction since the outcome of that proceeding could conceivably have any effect on the estate being administered in bankruptcy. A bankruptcy court's jurisdiction extends "to actions against certain third parties, as well as suits against debtors themselves, to protect the assets of the estate so as to ensure a fair distribution of those assets at a later point in time." *In re Quigley Co., Inc*., 676 F.3d 45, 57, (2d Cir. 2012), cert. denied, 133 S. Ct. 2849, 186 L. Ed. 2d 908 (2013) (internal quotations omitted).

2.   This Court has both personal and subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1334. Specifically, (1) the Debtor's principal, Marlon A. Martinez (to whom the Debtor seeks to extend the automatics stay) and the Debtor share an identity of interests so that an action against the Mr. Martinez is essentially an action against the Debtor, and (2) any potential third-party actions against Mr. Martinez will have an adverse impact on the debtor's ability successfully reorganize in the Chapter 11 Bankruptcy Case.

3.   Venue is proper pursuant to 28 U.S.C. § 1391(b).

4.   This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

5.   Plaintiff is a Florida corporation and is the Debtor in the bankruptcy case styled *Piccard Pets Supplies, Corp.*, Case number 3:23-bk-00210-JAB, filed on January 30, 2023.

6.   Defendants, Fox, GFE, Sellers, OnDeck, and Cloudfund are merchant cash advance lenders (collectively "MCA Lenders") who entered into agreements with the Debtor to advance monies in return for a purported purchase of the Debtor's future receivables.

2

7.   Defendant, Dramer Law, is a professional corporation based in New York. Plaintiff and Dramer Law entered into an agreement for Dramer Law to provide debt relief legal services.

8.   Defendant, Celtic Bank, is based out of Utah and provides small business financing. The Debtor and Celtic Bank entered into an agreement for a small business loan whereby Celtic Bank would have lien on Debtor's cash and receivables.

9.   Additionally, in conjunction with and as a condition to the execution of the agreements with the Debtor all of the Defendants required the principal of the Debtor, Marlon A. Martinez to execute personal guaranties (the "Guaranties")

## FACTS AND ENTTLEMENT TO RELIEF

10. As of the Petition Date, Marlon A. Martinez is and was the sole owner of the Debtor.

11. The Debtor's primary business is the retail sale of pet supplies though its brick and mortar storefront location and online store at Amazon.com.

12. The Debtor has become overwhelmed primarily with a reduction in revenue and trade debt and high interest loan payments including payments to its MCA Lenders.

13. The Debtor's approximate outstanding balances owed to its MCA Lenders are as follows:   Fox   ($165,000.00),   GFE($55,451.70),   Sellers($102,362.50),   OnDeck ($269,785.85),  and Cloudfund ($106,170.00), or approximately $698,770.00 in total.

14. The Debtor's approximate outstanding balance owed to Dramer Law is approximately $22,000.00.

15. The Debtor's approximate outstanding balance owed to Celtic Bank is approximately $64,872.00.

16. Subsequent to the Petition Date, Dramer Law and some of the MCA Lenders have threatened to enforce the Guaranties by filing actions against Marlon A. Martinez to seek entry of personal judgments against him.

17. The collection activity against Marlon A. Martinez is a direct threat to the reorganization efforts of the Debtor as Marlon A. Martinez owns 100% of the outstanding stock of the Debtor and is the CEO.  Mr. Martinez's duties include, but are not limited to running the day-to-day operations of the business, purchasing and accounts receivables.

18. Any judgments successfully obtained by the Defendants against Marlon A. Martinez would essentially operate as a judgment against the Debtor.

19. On March 13, 2023, the Court entered a second Interim Order Approving Debtor-in-Possession's Emergency Motion to Set Officer & Insider Compensation (Doc. No. 40.) This Order provides that Marlon A. Martinez would be awarded a salary of $2,884.62 per week.  Marlon A. Martinez is dependent on his salary his personal and family support. It would be difficult or impossible for Marlon A. Martinez to perform these services for the Debtor while defending collection activity of nearly $700,000.00 directed against him. The time and resources to defend such actions will necessarily distract Marlon A. Martinez from his managerial duties with the Debtor.

20. Additionally, if the Defendants are able to obtain personal judgments against Marlon A. Martinez then his 100% equity ownership in the Debtor would be in jeopardy which could result in disruption to Debtor's business operations. In the event Marlon A. Martinez's ownership interest is seized, the Debtor would not be able to operate or generate revenues.

21. The Defendants collection activities against Marlon A. Martinez on the Guaranties, including the filing of lawsuits and obtaining personal judgments above would violate the automatic stay.

22. The automatic stay, specifically, 11 U.S.C. §362(a)(1), specifically prohibits

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.

23. Additionally, the automatic stay, 11 U.S.C. §362(a)(2)prohibits

> the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title.

24. While the Debtor has not filed a Plan of Reorganization, the Debtor has a strong likelihood of successful reorganization in the Subchapter V Chapter 11 Case.  In this regard and based on the information provided in the Debtor' Cash Collateral Budget and financial statements, and tax returns, the Debtor has sufficient revenues to pay its normal operating expenses and will likely have sufficient amounts to cover plan payments.  S*ee, Debtor's Cash Collateral Budget and Notice of Filing Cash Flow Statement, attached hereto as Exhibit "1."*

25. The Debtor would suffer imminent and irreparable harm in the event that injunction is not entered and the Defendants are allowed to pursue personal judgments against Marlon A. Martinez.

26. Any potential harm to the Defendants that could result from the imposition of an injunction is far outweighed by the benefit the injunction provides to the Estate. As

previously stated, the collection activities by the Defendants would interfere with the Debtor's ability to operate and generate revenue that is needed to fund a successful plan of reorganization. This would negatively affect the interests of all creditors and interested parties.

27. In addition, the public interest are supported by the entry of an injunction and the successfully reorganization of the Debtor as an ongoing business concern. The Debtor provides employment for approximately 15 people whom pay taxes and support the local economy. The Debtor pays payroll, sales, and other tax revenues that would be lost if they cannot successfully reorganize.

**WHEREFORE**, Plaintiff, Piccard Pets Supplies, Corp requests entry of a judgment and preliminary injunction extending the automatic stay to Marlon A. Martinez, ordering the Defendants to cease and desist from any and all activities to collect on the Guaranties, for actual damages, together with interest, costs of suit, and reasonable attorney's fees and for such other and further relief as this Honorable Court deem just and proper.

Dated: March 24, 2023.

/s/ Thomas C. Adam
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
2258 Riverside Avenue
Jacksonville, FL 32204
(904) 329-7249 Phone
(904) 606-1245 Facsimile
tadam@adamlawgroup.com

# Exhibit 1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

PICCARD PET SUPPLIES,
CORP.

                    Debtor.

_____/

Case No. 3:23-bk-00210-JAB
Chapter 11
*SubChapter V*

## NOTICE OF FILING CASH FLOW STATEMENT

**PLEASE TAKE NOTICE** that Debtor, Piccard Pet Supplies Corp., by and through the

undersigned counsel, gives notice of filing its Cash Flow Statement pursuant to 11 U.S.C. § 1116

of the United States Bankruptcy Code, on this 2nd Day of February, 2023.

/s/ *Thomas C. Adam*
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
2258 Riverside Ave
Jacksonville, FL 32204
(904) 329-7249 Phone
(904) 606-1245 Facsimile
tadam@adamlawgroup.com

## PROOF OF SERVICE

A true and correct copy of the foregoing *Notice of Filing Cash Flow Statement* has been

sent by electronic transmission to all parties having entered an appearance in this case via the

Court's CMECF system on this 2nd day of February, 2023.

/s/ Thomas C. Adam
Thomas C. Adam

## **Cash Flow Statement**

# Piccard Meds 4 Pets Corp
## Profit and Loss
### January - March, 2022

| | Total |
|---|---:|
| **Income** | |
| 001 Piccard Meds 4 Pets - Shopify Sales | 57,842.95 |
| 002 Walmart Sales | 293,691.07 |
| 003 Amazon US Sales | 841,867.30 |
| 004 Amazon CA Sales | 162,281.85 |
| 006 Amazon UK Sales | 20,713.35 |
| 010 Amazon Europe Sales | 3,513.40 |
| 015 Ebay Sales | 220,374.55 |
| 016 Miscellaneous Sales | 1,298.49 |
| 018 Reserve | 16,419.60 |
| 019 Sears Sales | 162.33 |
| 020 Facebook | 236.75 |
| Discounts/Refunds Given | (38,517.05) |
| **Total Income** | **1,579,884.59** |
| **Cost of Goods Sold** | |
| Contract Virtual Labor | 11,341.22 |
| Purchases - Merchandise | 821,559.09 |
| Shipping, Freight & Delivery | |
| DHL | 614.29 |
| Ebay | 103.58 |
| Fedex | 29,101.94 |
| Globelogistic - Ascendia | 61,801.09 |
| Groovepacker.com | 1,200.00 |
| ShipStation | 435.00 |
| UPS | 2,062.97 |
| USPS Stamps - Endicia | 172,607.18 |
| **Total Shipping, Freight & Delivery** | 267,926.05 |
| **Total Cost of Goods Sold** | **1,100,826.36** |
| **Gross Profit** | **479,058.23** |
| **Expenses** | |
| Advertising & Marketing | 17,562.96 |
| Contract Labor | 617.51 |
| Interest Paid | 18,943.53 |
| Other Deductions | |
| Answering Service | 259.88 |
| Auto & Truck Expense | 522.72 |
| Bank Charges & Fees | 2,817.36 |
| Cleaning Expenses | 2,360.00 |
| Dues & subscriptions | 6,148.86 |
| Email Management | 5,170.67 |
| Fees | |
| Amazon Fees | 249,987.20 |
| Amazon Inventory Recovery Fees | 654.63 |

| | |
|---|---:|
| **Ebay Fees** | 15,448.53 |
| **PayPal Fees** | 3,338.68 |
| **Shopify Fees** | 2,044.01 |
| **TaxValet Fees** | 5,342.40 |
| **Walmart Commission Fee** | 42,322.19 |
| **Walmart Fees** | 10.50 |
| **Total Fees** | 319,148.14 |
| Insurance | |
| **Auto Insurance** | 1,355.85 |
| **Health Insurance** | 12,803.49 |
| **Liability** | 445.00 |
| **Workman's Comp** | 1,979.21 |
| **Total Insurance** | 16,583.55 |
| **Internet** | 1,808.70 |
| **Legal & Professional Services** | 11,603.14 |
| **Meals & Entertainment** | 433.20 |
| **Office Expense & Supplies** | 388.51 |
| **Property tax** | 4,743.53 |
| **Rental Equipment** | 2,951.85 |
| **Repricing Software** | 26,306.00 |
| **Shipping Supplies** | 30,220.46 |
| **Telephone & Cellular** | 498.38 |
| **Travel** | 1,003.89 |
| **Utilities** | 4,954.51 |
| **Total Other Deductions** | 437,923.35 |
| **Payroll Tax Expense** | (1,309.56) |
| **Repairs & Maintenance** | 1,240.00 |
| **Retirement 401k Contribution** | 20,046.98 |
| **Retirement Account Service Fee** | 95.00 |
| **Salaries & Wages** | 84,188.67 |
| **Salaries - Officers** | 31,153.70 |
| **Taxes & Licenses** | 50.00 |
| **Total Expenses** | **610,512.14** |
| **Net Operating Income** | **(131,453.91)** |
| **Net Income** | **(131,453.91)** |

Wednesday, Aug 24, 2022 08:11:30 AM GMT-7 - Cash Basis

# Piccard Meds 4 Pets Corp
## Profit and Loss
### April - June, 2022

|  | Total |
|---|---|
| **Income** | |
| 001 Piccard Meds 4 Pets - Shopify Sales | 38,532.20 |
| 002 Walmart Sales | 287,035.76 |
| 003 Amazon US Sales | 1,749,477.82 |
| 004 Amazon CA Sales | 145,748.40 |
| 006 Amazon UK Sales | 34,191.44 |
| 010 Amazon Europe Sales | 15,331.30 |
| 012 Amazon Marketplace | 1,152.23 |
| 015 Ebay Sales | 251,709.26 |
| 016 Miscellaneous Sales | 15.52 |
| 018 Reserve | (16,419.60) |
| 020 Facebook | 506.82 |
| 021 Rebates | 1,955.73 |
| Discounts/Refunds Given | (38,794.25) |
| Sales of Product Income | 30.00 |
| **Total Income** | **2,470,472.63** |
| **Cost of Goods Sold** | |
| Contract Virtual Labor | 9,382.58 |
| Purchases - Merchandise | 1,174,512.92 |
| Shipping, Freight & Delivery | |
| Ebay | 63.58 |
| Fedex | 30,866.27 |
| Globelogistic - Ascendia | 50,954.05 |
| Groovepacker.com | 1,368.61 |
| Shein Distribution | 43.77 |
| ShipStation | 435.00 |
| UPS | 3,396.97 |
| USPS Stamps - Endicia | 229,853.19 |
| Total Shipping, Freight & Delivery | 316,981.44 |
| **Total Cost of Goods Sold** | **1,500,876.94** |
| **Gross Profit** | **969,595.69** |
| **Expenses** | |
| Advertising & Marketing | 14,763.87 |
| Contract Labor | 7,743.37 |
| Interest Paid | 17,501.46 |
| Other Deductions | |
| Answering Service | 100.00 |
| Auto & Truck Expense | 3,083.15 |
| Bank Charges & Fees | 413.83 |
| Cleaning Expenses | 3,120.00 |
| Dues & subscriptions | 6,821.09 |
| Entertainment Meals Seminar Shows | 413.54 |
| Fees | |

| | |
|---|---:|
| **Amazon Fees** | 377,417.52 |
| **Amazon Inventory Recovery Fees** | 483.10 |
| **Craiglist Fee** | 50.00 |
| **Ebay Fees** | 16,668.88 |
| **PayPal Fees** | 5,084.66 |
| **TaxValet Fees** | 5,292.00 |
| **Walmart Commission Fee** | 41,185.42 |
| **Walmart Fees** | 9.00 |
| **Total Fees** | 446,190.58 |
| **Insurance** | |
| **Auto Insurance** | 3,587.99 |
| **Health Insurance** | 12,803.49 |
| **Liability** | 667.50 |
| **Workman's Comp** | 904.60 |
| **Total Insurance** | 17,963.58 |
| **Internet** | 1,814.28 |
| **Legal & Professional Services** | 8,430.10 |
| **Meals & Entertainment** | 1,436.17 |
| **Office Expense & Supplies** | 9,165.05 |
| **Other Business Expenses** | 2,392.38 |
| **Property tax** | 2,207.32 |
| **Rental Equipment** | 2,951.85 |
| **Repricing Software** | 18,464.97 |
| **Shipping Supplies** | 38,961.74 |
| **Software** | 347.87 |
| **Subscriptions Fees** | 2,085.21 |
| **Telephone & Cellular** | 1,984.32 |
| **Travel** | 1,827.67 |
| **Utilities** | 5,746.05 |
| **Total Other Deductions** | 575,920.75 |
| **Payroll Tax Expense** | 1,690.81 |
| **Repairs & Maintenance** | 2,268.24 |
| **Retirement 401k Contribution** | 25,062.23 |
| **Salaries & Wages** | 103,290.96 |
| **Salaries - Officers** | 33,749.95 |
| **Taxes & Licenses** | 336.80 |
| **Total Expenses** | **782,328.44** |
| **Net Operating Income** | **187,267.25** |
| **Net Income** | **187,267.25** |

# Piccard Meds 4 Pets Corp
## Profit and Loss
### January - June, 2022

|  | Total |
|---|---|
| **Income** |  |
| 001 Piccard Meds 4 Pets - Shopify Sales | 96,375.15 |
| 002 Walmart Sales | 580,726.83 |
| 003 Amazon US Sales | 2,591,345.12 |
| 004 Amazon CA Sales | 308,030.25 |
| 006 Amazon UK Sales | 54,904.79 |
| 010 Amazon Europe Sales | 18,844.70 |
| 012 Amazon Marketplace | 1,152.23 |
| 015 Ebay Sales | 472,083.81 |
| 016 Miscellaneous Sales | 1,314.01 |
| 018 Reserve | 0.00 |
| 019 Sears Sales | 162.33 |
| 020 Facebook | 743.57 |
| 021 Rebates | 1,955.73 |
| Discounts/Refunds Given | (77,311.30) |
| Sales of Product Income | 30.00 |
| **Total Income** | **4,050,357.22** |
| **Cost of Goods Sold** |  |
| Contract Virtual Labor | 20,723.80 |
| Purchases - Merchandise | 1,996,072.01 |
| Shipping, Freight & Delivery |  |
| DHL | 614.29 |
| Ebay | 167.16 |
| Fedex | 59,968.21 |
| Globelogistic - Ascendia | 112,755.14 |
| Groovepacker.com | 2,568.61 |
| Shein Distribution | 43.77 |
| ShipStation | 870.00 |
| UPS | 5,459.94 |
| USPS Stamps - Endicia | 402,460.37 |
| Total Shipping, Freight & Delivery | 584,907.49 |
| **Total Cost of Goods Sold** | **2,601,703.30** |
| **Gross Profit** | **1,448,653.92** |
| **Expenses** |  |
| Advertising & Marketing | 32,326.83 |
| Contract Labor | 8,360.88 |
| Interest Paid | 36,444.99 |
| Other Deductions |  |
| Answering Service | 359.88 |
| Auto & Truck Expense | 3,605.87 |
| Bank Charges & Fees | 3,231.19 |
| Cleaning Expenses | 5,480.00 |
| Dues & subscriptions | 12,969.95 |

| | |
|---|---:|
| **Email Management** | 5,170.67 |
| **Entertainment Meals Seminar Shows** | 413.54 |
| **Fees** | |
| **Amazon Fees** | 627,404.72 |
| **Amazon Inventory Recovery Fees** | 1,137.73 |
| **Craiglist Fee** | 50.00 |
| **Ebay Fees** | 32,117.41 |
| **PayPal Fees** | 8,423.34 |
| **Shopify Fees** | 2,044.01 |
| **TaxValet Fees** | 10,634.40 |
| **Walmart Commission Fee** | 83,507.61 |
| **Walmart Fees** | 19.50 |
| **Total Fees** | 765,338.72 |
| **Insurance** | |
| **Auto Insurance** | 4,943.84 |
| **Health Insurance** | 25,606.98 |
| **Liability** | 1,112.50 |
| **Workman's Comp** | 2,883.81 |
| **Total Insurance** | 34,547.13 |
| **Internet** | 3,622.98 |
| **Legal & Professional Services** | 20,033.24 |
| **Meals & Entertainment** | 1,869.37 |
| **Office Expense & Supplies** | 9,553.56 |
| **Other Business Expenses** | 2,392.38 |
| **Property tax** | 6,950.85 |
| **Rental Equipment** | 5,903.70 |
| **Repricing Software** | 44,770.97 |
| **Shipping Supplies** | 69,182.20 |
| **Software** | 347.87 |
| **Subscriptions Fees** | 2,085.21 |
| **Telephone & Cellular** | 2,482.70 |
| **Travel** | 2,831.56 |
| **Utilities** | 10,700.56 |
| **Total Other Deductions** | 1,013,844.10 |
| **Payroll Tax Expense** | 381.25 |
| **Repairs & Maintenance** | 3,508.24 |
| **Retirement 401k Contribution** | 45,109.21 |
| **Retirement Account Service Fee** | 95.00 |
| **Salaries & Wages** | 187,479.63 |
| **Salaries - Officers** | 64,903.65 |
| **Taxes & Licenses** | 386.80 |
| **Total Expenses** | **1,392,840.58** |
| **Net Operating Income** | **55,813.34** |
| **Net Income** | **55,813.34** |

| In re: Piccard Pet Supply Corp | Case No.: 3:23-bk-00210 | |
|---|---|---|
| **CASH COLLATERAL BUDGET** | | |
| **March 1, 2023 - April 17, 2023** | | |
| | | |
| **REVENUE** | **Amount** | |
| Gross Revenue | $1,020,000.00 | |
| Cost of Goods Sold | $649,999.50 | |
| ***Net Revenue*** | | **$370,001** |
| | | |
| **EXPENSES** | | |
| *Advertising* | $2,333.00 | |
| *Payroll - Employees* | $46,869.00 | |
| *Answering Service* | $91.50 | |
| *Online Store Fees* | $191,334.00 | |
| *Payroll - Contractors* | $2,089.50 | |
| *Payroll - Officers* | $95.31 | |
| *Taxes & Licenses* | $16,915.00 | |
| *401(k) account fee* | $50.62 | |
| *401(k) Contributions* | $1,127.00 | |
| *Payroll Tax* | $95.31 | |
| *Repairs & Maintenance* | $876.00 | |
| *Auto & Truck* | $900.00 | |
| *Shipping Supplies* | $17,295.00 | |
| *Car & Truck* | $4,572.00 | |
| *Meals & Entertainment* | $466.50 | |
| *Bank Charges* | $807.00 | |
| *Health Insurance* | $6,402.00 | |
| *Liability Insurance* | $2,781.00 | |
| *Worker's Comp* | $720.00 | |
| *Insurance - Auto* | $1,234.50 | |
| *Repricing Software* | $11,191.50 | |
| *Software* | $87.00 | |
| *Subscriptions* | $520.50 | |
| *Utilities* | $780.75 | |
| *Travel* | $708.00 | |
| *Telephone* | $621.00 | |
| *Rental Equipment* | $1,474.50 | |
| *Office Expenses & Supplies* | $2,388.00 | |
| *Cleaning* | $1,369.50 | |
| *Trustee Fees* | $1,500.00 | |
| *Internet* | $904.50 | |
| Property Taxes | $1,737.00 | |
| | | |
| **Total Operating Expenses** | | **$318,599.49** |
| | | |
| **AP PAYMENTS** | | |
| *Amazon Capital Services -on entry of order* | $7,543 | |
| *Amazon Capital 3/10* | $7,500 | |

| | | | |
|---|---|---|---|
| *Amazon Capital 3/24* | $7,500 | | |
| *Amazon Capital 4/7* | $7,500 | | |
| *Ameris Bank 3/1* | $5,000 | | |
| *Ameris Bank 4/1* | $5,000 | | |
| | | | |
| **Total AP Payments** | | **$40,043** | |
| | | | |
| **NET** | | | **$11,358.01** |